UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JACQUELINE C. KNAPP,

    Plaintiff,

                                                  Case No. 1:19-cv-146

v.

                                                  HON. JANET T. NEFF

UNITED STATES OF AMERICA, et al.,

    Defendants.

_____/


## ORDER


This is a civil action involving a *pro se* litigant. Defendants filed Motions to Dismiss (ECF Nos. 42, 53). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 28, 2019, recommending that the motions be granted and this matter be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 66) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 42, 53) are GRANTED for the reasons stated in the Report and Recommendation.

A Judgment consistent with this Order will issue.


Dated: September 18, 2019                     /s/ Janet T. Neff
                                               JANET T. NEFF
                                             United States District Judge